Olu K. Orange, Esq., SBN: 213653
ORANGE LAW OFFICES
3435 Wilshire Blvd., 2900
Los Angeles, California 90010
Tel: (213) 736-9900, Fax: (213) 406-1250
o.orange@orangelawoffices.com

Dan Stormer, Esq., SBN: 101967
HSKRR, INC.
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Tel: (626) 585-9600, Fax: (626) 577-7079
dstormer@hadsellstormer.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA BOYD, et al.<br><br>　　　　　　　*Plaintiffs,*<br>vs.<br><br>THE CITY OF HERMOSA BEACH, et al.<br><br>　　　　　　　*Defendants.* | Case No.: CV04-10528 AG -- (JTLx)<br><br>[PROPOSED] STIPULATION FOR DISMISSAL OF DEFENDANT DONAVAN SELLAN |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, with the Court's approval:

1.　WHEREAS, all plaintiffs and all defendants, except Donavan Sellan, have reached an agreement to settle all claims and dismiss with prejudice this entire action as to all defendants, except Donavan Sellan;

2.　WHEREAS, all the terms of the agreement referenced herein above in Paragraph One have been completely satisfied by all plaintiffs and all defendants, except Donavan Sellan;

3. THEREFORE IT IS HEREBY STIPULATED, by and between and among plaintiffs AND defendant Donavan Sellan, by and through their respective counsel of record, that defendant Donavan Sellan be dismissed from this action with prejudice, and

4. THEREFORE IT IS HEREBY STIPULATED, by and between plaintiffs and defendant Donavan Sellan that this dismissal constitutes a mutual general release of all claims and a mutual waiver of all costs, court fees and attorneys' fees in, and arising out of, the above-captioned case as between, and only between, plaintiffs and defendant Donavan Sellan.

AGREED AND RESPECTFULLY SUBMITTED,

DATE: June _____, 2010            ORANGE LAW OFFICES

                                    _____
                                    Olu K. Orange, Esq.
                                    Attorney for all Plaintiffs

DATE: June 29, 2010                 STONE, ROSENBLATT & CHA

                                    _____
                                    Gregory Stone, Esq.
                                    Attorney for Donavan Sellan

IT IS SO ORDERED:                   HON. ANDREW J. GUILFORD


DATE: _____/_____/_____             _____
                                    United States District Judge

Stipulation for Dismissal of Defendant Sellan

3.  THEREFORE IT IS HEREBY STIPULATED, by and between and among plaintiffs AND defendant Donavan Sellan, by and through their respective counsel of record, that defendant Donavan Sellan be dismissed from this action <u>with prejudice</u>, and

4.  THEREFORE IT IS HEREBY STIPULATED, by and between plaintiffs and defendant Donavan Sellan that this dismissal constitutes a mutual general release of all claims and a mutual waiver of all costs, court fees and attorneys' fees in, and arising out of, the above-captioned case as between, and only between, plaintiffs and defendant Donavan Sellan.

AGREED AND RESPECTFULLY SUBMITTED,

DATE: ~~June~~ Sept. 10, 2010        ORANGE LAW OFFICES

_____
Olu K. Orange, Esq.
Attorney for all Plaintiffs

DATE: June 29, 2010        STONE, ROSENBLATT & CHA

_____
Gregory Stone, Esq.
Attorney for Donavan Sellan

**IT IS SO ORDERED:**        **HON. ANDREW J. GUILFORD**

DATE: ____/____/____        _____
                            United States District Judge

2

Stipulation for Dismissal of Defendant Sellan